GULF OIL BURNER COMPANY, Respondent, v. GRANT HEAT SERVICE, INC.,

Appellant.— Order of the County Court of Nassau county directing summary judgment and the judgment entered thereon reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for summary judgment denied, with ten dollars costs. We are of opinion that the answer presents issues requiring a trial. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.